AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Justin Tyler Herring,<br>*Plaintiff*<br>v.<br><br>South Carolina Department of Corrections; Associate Warden Gary Leamon *Associate Warden of Programs in his individual capacity*; Turbeville Correctional Institute *in their official capacity as Turbeville Correctional Institution*,<br>*Defendants*. | )<br>)<br>)<br>)<br>) | Civil Action No.    1:20-cv-02909-MBS |
|---|---|---|

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

■ The plaintiff, Justin Tyler Herring, shall take nothing of the defendants, South Carolina Department of Corrections, Associate Warden Gary Leamon *Associate Warden of Programs in his individual capacity* and Turbeville Correctional Institute *in their official capacity as Turbeville Correctional Institution*, and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Margaret B. Seymour, Senior United States District Judge, presiding, adopting the Report and Recommendation of the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended dismissing the action.

Date:  October 7, 2020                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/L. Baker
                                                                    _____
                                                                    *Signature of Clerk or Deputy Clerk*